[No. 28972-5-II.   Division Two.   July 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN L. HEAD, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00532-7, Don L. McCulloch, James E. Warme, and James J. Stonier, JJ., entered June 27, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28993-8-II.   Division Two.   July 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALLEN WATSON, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 01-2-00845-9, Toni A. Sheldon, J., entered July 1, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 29282-3-II.   Division Two.   July 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER MICHAEL SCALES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03506-3, Rosanne Buckner, J., entered September 9, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 29300-5-II.   Division Two.   July 29, 2003.]

KRISTY ACKERMAN, *Appellant*, v. QUILCENE SCHOOL DISTRICT No. 48, *Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 01-2-00385-1, Thomas J. Majhan, J., entered September 16, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.